UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY CHARLES BOWLIN II, | ) | 1:06-CV-01361-LJO-DLB-HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |
| C. CHRONES, Warden, | ) ) | (Doc. 16) |
| Respondent. | ) ) | |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 16, 2007, petitioner filed a motion for an extension of time to file a traverse in response to respondent's answer of January 19, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

    IT IS SO ORDERED.

Dated: **April 2, 2007**     **/s/ Dennis L. Beck**
23ehd0                              UNITED STATES MAGISTRATE JUDGE