# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHARLES BOWLIN, II, | CV F   06-1361 LJO DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME AND DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |
| v. | |
| C. CHRONES, WARDEN, | [Doc. 19] |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On January 19, 2007, Respondent filed an answer to the petition. On February 16, 2007, Petitioner filed a motion for extension of time to file a traverse. The Court granted Petitioner's motion on April 3, 2007, and the traverse was due within thirty days from the date of service.

    On April 19, 2007, Petitioner filed a motion entitled "Notice & Motion for 'Leave' Notice & Motion For Appointment of counsel on order to show cause." (Court Doc. 19.) In his motion, Petitioner states that he is having difficulty gaining access to the law library. Petitioner further requests the appointment of counsel.

    The Court construes Petitioner's motion as a request for an extension of time to file a traverse. Good cause having been demonstrated, Petitioner's motion for an extension of time is GRANTED, and the traverse shall be due within thirty days from the date of service of this order.

    With regard to Petitioner's motion for the appointment of counsel, there currently exists

no absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See, Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. Accordingly, petitioner's request for appointment of counsel is DENIED.

Based on the foregoing, it is HEREBY ORDERED that:

1. Petitioner's motion for an extension of time is GRANTED; and

2. Petitioner's motion for the appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated: **June 4, 2007**          /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

2