# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHARLES BOWLIN, II, | CV F   06-1361 LJO DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S THIRD MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE AND DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | |
| C. CHRONES, WARDEN, | [Doc. 21] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on September 28, 2006, and an amended petition on November 9, 2006.  Respondent filed an answer to the petition on January 19, 2007.  Now pending before the Court is Petitioner's third motion for an extension of time to file a traverse, along with a request for the appointment of counsel.[1]  (Court Doc. 21.)

Good cause having been presented, Petitioner's request for an extension of time to file a traverse is GRANTED, and the traverse shall be due within thirty days from the date of service of this order.

With regard to Petitioner's motion for the appointment of counsel, there currently exists no absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze,

---

[1] Petitioner filed his first request for an extension of time on February 16, 2007, which was granted on April 3, 2007.  (Court Docs. 16, 18.)  Petitioner filed his second request for an extension of time on April 19, 2007, which was granted on June 5, 2007.  (Court Docs. 19, 20.)

1

258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See, Rule 8(c), Rules Governing Section 2254 Cases.  As Petitioner was previously advised, in the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.  Accordingly, petitioner's request for appointment of counsel is DENIED.

       Based on the foregoing, it is HEREBY ORDERED that:

1. Petitioner motion for an extension of time is GRANTED, and shall be filed within thirty (30) days from the date of service of this order; and

2. Petitioner's motion for the appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated: **September 24, 2007**         /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE