1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHARLES BOWLIN, II, | CV F   06-1361 LJO DLB HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION TO STAY PROCEEDING AND GRANTING PETITION ER A FOURTH EXTENSION OF TIME TO FILE TRAVERSE |
| v. | |
| C. CHRONES, WARDEN, | [Doc. 24] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pending before the Court is Petitioner's motion to stay the proceedings, filed on October 19, 2007. (Court Doc. 24.) Petitioner has previously filed three extensions of time, which have been granted. (Court Docs. 16, 18, 19, 20, 21, 23.)

In his current motion to stay the proceedings, Petitioner contends that he not been provided access to the law library in order to prepare and file his traverse. (Court Doc. 24.) Petitioner requests that the Court stay the proceedings or grant him an extension of time. (Id.) Petitioner is advised that the Court will not stay the proceedings, the Court will however grant Petitioner an extension of time in order for him to can access to the law library to assist him in preparing his traverse.

///

///

1

1    On the basis of GOOD CAUSE, Petitioner's fourth request for an extension of time is

2  GRANTED, and Petitioner is granted **thirty (30)** days from the date of service of this order to

3  file his traverse.[1]

4

5    IT IS SO ORDERED.

6    Dated:    **November 2, 2007**                    _____**/s/ Dennis L. Beck**_____
                                                          UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
_____

27    [1] Although Petitioner contends that his access to the law library has been impeded, Petitioner does not
provide pecific details of his efforts to obtain access to the law library and his resulting impediments.  Should a
28  further extension of time be necessary, Petitioner must accompany such motion with sufficient details of such
circumstances.