IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHARLES BOWLIN, II, Petitioner, vs. C. CHRONES, WARDEN, Respondent. _____/ | 1:06-cv-01361-LJO-DLB (HC) ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS (DOCUMENT #27) THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 18, 2008, petitioner filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to findings and recommendations.

IT IS SO ORDERED.

Dated:   **September 23, 2008**                    **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE