# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GARY CHARLES BOWLIN, II,

    Petitioner,

 v.

C. CHRONES, WARDEN,

    Respondent.
_____/

CV F   06-1361 LJO DLB HC

ORDER DENYING PETITIONER'S MOTION
FOR RECONSIDERATION

[Doc. 33]

   On November 7, 2008, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was denied on the merits and judgment was entered in favor of Respondent.  The Court also denied Petitioner's motion to stay the proceedings. (Court Docs. 31, 32.)  On December 22, 2008, Petitioner filed a motion for reconsideration.  (Court Doc. 33.)

   Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure,

> the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

   Petitioner fails to meet this standard.  Petitioner does not set forth any arguments or evidence that have not already been considered by this Court.  Rather, Petitioner merely disagrees with the Court's order of dismissal and asks the Court to rethink what it has already decided.  No new facts or circumstances are shown to warrant reconsideration of the Court's November 7, 2008, order.  Petitioner's arguments present no basis for relief.  Accordingly, Petitioner's Motion for Reconsideration is DENIED.

   IT IS SO ORDERED.

**Dated:** **February 9, 2009**    **/s/ Lawrence J. O'Neill**

1    UNITED STATES DISTRICT JUDGE